IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SANDRA GUERRA, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. 5:21-cv-0882 |
| HUMANA and HUMANA GOVERNMENT BUSINESS, INC. d/b/a HUMANA, | § § § § |
| Defendants. | § § |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

COME NOW, Defendants Humana Inc. and Humana Government Business, Inc. ("Defendants") in the above-styled and numbered cause of action, and pursuant to the Federal Rules of Civil Procedure 7.1, files this their disclosure statement:

I.

Humana Inc. is a corporation organized under the laws of the State of Delaware. Humana Inc. is a publicly held corporation, but no publicly held entity owns 10% or more of its stock.

II.

Defendant Humana Government Business, Inc. is a corporation organized under the laws of the State of Delaware. Humana Government Business, Inc. is a wholly owned subsidiary of Humana Inc.

Respectfully submitted,

/s/  Tiffany Cox Stacy
Tiffany Cox Stacy
State Bar No. 24050734
tiffany.cox@ogletree.com
Brandon E. Strey
State Bar No. 24084969
brandon.strey@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
112 East Pecan Street, Suite 2700
San Antonio, Texas  78205
Telephone: 210.354.1300
Fax: 210.277.2702

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that on this 17th day of September, 2021, a true and correct copy of this paper has been served on the following:

Mauro F. Ruiz
RUIZ LAW FIRM, P.L.L.C.
118 West Pecan Blvd.
McAllen, Texas 78501
mruiz@mruizlaw.com

/s/ Tiffany Cox Stacy
Tiffany Cox Stacy

48603963.1
301006.000176